IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHERRI LISTON**   **PLAINTIFF**

V.   NO. 3:18CV00172-JMV

**COMMISSIONER OF SOCIAL SECURITY**   **DEFENDANT**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's unopposed Motion to Dismiss Without Prejudice [12].

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The Court, having been advised Defendant does not oppose the motion, finds the motion should be granted for good cause shown. Therefore, it is

**ORDERED** that the instant motion is granted, and this case is **DISMISSED WITHOUT PREJUDICE**.

This, the 19th day of November, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE